Case 2:25-mj-06804-DUTY   Document 1   Filed 10/30/25   Page 1 of 7   Page ID #:1

AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California



LODGED
CLERK, U.S. DISTRICT COURT
10/30/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
October 30, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: CLD  DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>JESUS POSADAS-ESPINOZA,<br><br>Defendant. | Case No. 2:25-mj-06804-DUTY |

## AMENDED CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 29, 2025, in the county of Ventura in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Conspiracy to distribute and possess with intent to distribute controlled substances |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Francisco Jiminez
Complainant's signature

Francisco Jiminez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 30, 2025

Judge's signature

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
*Printed name and title*

AUSA: Nicholas Purcell, x3752

**AFFIDAVIT**

I, Francisco Jimenez, being duly sworn, declare and state as follows:

## I.   PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Jesus POSADAS-Espinoza ("POSADAS") for a violation of 18 U.S.C. § 1361 (Damage to Government Property).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all dates and times are on or about those indicated.

## II.   BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since April 2019. I am currently assigned to the HSI Los Angeles Homeland Security Task Force (HSTF) Cyber Financial. My responsibilities include investigating violations of federal and state criminal laws, including crimes involving human/drug trafficking, money laundering, fraud, and immigration violations in the Central District of California. During my

tenure with HSI, I have conducted and participated in numerous criminal investigations, including investigations involving drug trafficking, contraband smuggling, money laundering, child exploitation, and fraud. During these investigations, I have participated in the execution of numerous search warrants and seized evidence of such violations. Additionally, I have conducted numerous arrests and interviewed numerous suspects and witnesses.

4.   I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I completed the Basic Criminal Investigator Training Program and the HSI Special Agent Training Program. I received formal training in the investigation of violations investigated by HSI, including drug crimes, contraband smuggling, firearms crimes, gang-related crimes, human trafficking, child pornography, fraud, and immigration. I was previously employed with the United States Border Patrol as a Patrol Agent from September 2008 until March 2019.

### III. STATEMENT OF PROBABLE CAUSE

5.   Based on my discussions with witnesses, conversations with other law enforcement agents, review of video footage, and my own involvement in the investigation, I am aware of the following:

6.   On October 29, 2025, federal law enforcement agents from HSI, Enforcement and Removal Operations ("ERO"), and the Internal Revenue Service ("IRS") were serving federal search and

2

arrests warrants for two individuals at 402 N. A Street, Oxnard, California (the "Target House").

7. At approximately 5:12 a.m., HSI criminal research analysts who were monitoring social media accounts observed a post from one of the individuals, which stated, "[red light emoji] 402 N A st Feds have my street surrounded please come support [red light emoji]".

8. Later, HSI analysts also observed social media posts from known agitators who made comments about obstructing and impeding the egress of DHS agents from the arrest/search scene.

9. At approximately 5:35 a.m., agents arrested one of the individuals, while another individual evaded custody.

10. Immediately following the arrest, agents created a perimeter surrounding the Target House with yellow caution tape to restrict access from all sides, including the corner of N. A street and Palm Drive ("Southern Perimeter").

11. Prior to the execution of the warrant, HSI installed a surveillance camera with a street view of the Target House.

12. The surveillance camera footage captured individuals gathering to protest the operation. Eventually, approximately 75-100 protestors were gathered near the Southern Perimeter.

13. At approximately 8:30 a.m., agents prepared to depart the scene via the north side of the perimeter near N. A street and Deodar Avenue ("Northern Perimeter").

14. At approximately 8:33 a.m., surveillance footage depicts the crowd breaking through the Southern Perimeter as agents are entering their vehicles to depart the scene.

15. Several protestors began to throw objects at government vehicles, ultimately breaking the rear window of at least one government-owned silver Hyundai Santa Fe. Agents immediately exited the vehicles and began crowd control measures.

16. At approximately 8:38 am, an individual, later identified as POSADAS, entered within view of the surveillance camera from the alleyway adjacent to the Target House. He was wearing an orange sweater and a light-colored cap. POSADAS can be seen leaning up against a large dumpster while the crowd continues to advance on the agents attempting to depart the scene.



17. At approximately 8:39 a.m., the surveillance camera captures POSADAS bending down behind the dumpster outside the view of the camera. Immediately after, POSADAS comes back within view of the camera with his arm and body thrusting forward in a throwing motion, appearing to throw an object at the agents and government vehicles approximately 20 feet away.

18. At this time, IRS SA Ricky Chavarria witnessed POSADAS, who he identified as wearing an orange sweatshirt, with

4

his arm and body in a throwing motion. SA Chavarria saw an unknown object leave POSASADAS' hand and fly in the direction of law enforcement officers and vehicles. SA Chavarria then heard the object hit the government vehicle behind him, making a large noise indicating that it was a hard, heavy object. SA Chavarria later inspected the area of the vehicle that he believed was hit by the object POSADAS threw (the passenger side), and noticed a clear dent in the vehicle. While other people had been throwing objects at the vehicles, SA Chavarria did not observe any other objects hit the passenger side of that vehicle, and surveillance video did not show any other objects hitting that area of the vehicle.

19. Immediately after SA Chavarria witnessed POSADAS throw the object, SA Chavarria and several other agents approached POSADAS and placed him in custody.

## IV.  CONCLUSION

20. For all the reasons described above, there is probable cause to believe that POSADAS violated 18 U.S.C. § 1361 (Damage to Government Property).

<div style="text-align: right;">

/s/
_____
Francisco Jimenez, Special Agent
Department of Homeland Security,
Homeland Security Investigations

</div>

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 30th day of
October 2025.

_____
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE